[No. 43329-6-I.     Division One.     September 20, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL R. NEUROTH, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-01066-1, David A. Nichols, J., entered August 27, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43333-4-I.     Division One.     September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALAN RODENIZER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08211-7, Ann Schindler, J., entered September 21, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43531-1-I.     Division One.     September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. RUIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-1-00144-4, Michael E. Rickert, J., entered August 13, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43571-0-I.     Division One.     September 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD C. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02083-7, Anthony P. Wartnik, J., entered October 26, 1998. *Affirmed* by unpublished per curiam opinion.